FILED
2005 Feb-01 AM 09:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| BONNIDE JOHNSON, ] | |
| ] | |
| Petitioner, ] | |
| ] | |
| vs. ] | CIVIL ACTION NO. 02-LSC-RRA-0745-M |
| ] | |
| CHARLIE JONES and ] | |
| the ATTORNEY GENERAL ] | |
| FOR THE STATE OF ALABAMA ] | |
| ] | |
| Respondents. ] | |

## ORDER OF DISMISSAL

In accord with the Memorandum Opinion entered contemporaneously herewith, this petition for writ of habeas corpus is hereby DISMISSED.

Costs are taxed to petitioner.

Done this  1st  day of February 2005.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE